UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE CORPORATION,
As Receiver for AMERIVCAN SAVINGS BANK (f/k/a
AMERICAN SAVINGS BANK, FSB),

                     Plaintiff,

    -against-

H. LISA STEELE (a/k/a Lisa Steele), ROBLIS
ENTERPRISES, LTD., MANUFACTURERS
HANOVER TRUST COMPANY, COLUMBIA
CAPITAL CORPORATION, FLEET NATIONAL
BANK, CITICORP NORTH AMERICA, INC.,
CLINTON CAPITAL CORPORATION, THE
STATE OF NEW YORK, THE CITY OF NEW YORK,
THE CITY OF NEW YORK PARKING VIOLATIONS
BUREAU

                     Defendants.
---------------- -----------------------------------------------X



99-6902

92   CIVIL 6702(JFK)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

JUDGMENT #94,1830

    I, JAMES M. PARKISON, Clerk of this United States District Court certify that the attached is a true and correct copy of the original judgment entered in this action on Sept. 16, 1994 as it appears in the records of this court, and that * no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

    IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on MAR 26, 1999.

                                            _____
                                            Clerk

                                            _____
                                            (By) Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
FEDERAL DEPOSIT INSURANCE CORPORATION, as
Receiver for AMERICAN SAVINGS BANK (f/k/a
AMERICAN SAVINGS BANK, FSB),           92 Civ. 6702 (JFK)

          Plaintiff, **JUDGMENT**

- against -

H. LISA STEELE (a/k/a Lisa Steele), ROBLIS
ENTERPRISES, LTD., MANUFACTURERS HANOVER
TRUST COMPANY, COLUMBIA CAPITAL CORPORATION,
FLEET NATIONAL BANK, CITICORP NORTH AMERICA,
INC., CLINTON CAPITAL CORPORATION, THE STATE
OF NEW YORK, THE CITY OF NEW YORK, THE CITY
OF NEW YORK PARKING VIOLATIONS BUREAU,

          Defendants.
------------------------------------------------ x



  **WHEREAS**, a Judgment of Foreclosure and Sale was entered in the above-captioned action on May 15, 1991 and the mortgaged premises were sold at a foreclosure sale held on October 31, 1991; and

  **WHEREAS**, the Plaintiff moved for an order, pursuant to New York Real Property Actions and Proceedings Law ("RPAPL") Section 1371(2), for leave to enter a deficiency judgment as against defendant H. Lisa Steele; and

  **WHEREAS**, on July 7, 1994, a hearing was held before Magistrate Judge Sharon E. Grubin, pursuant to RPAPL Section 1371(2), to determine the fair and reasonable market value of

...

the mortgaged premises as of the date of the foreclosure sale (the "Hearing"); and

**WHEREAS**, prior to the Hearing, the parties submitted a Stipulation of Undisputed Facts dated as of July 6, 1994 and "so ordered" on July 7, 1994, regarding certain issues relevant to the determination of the motion; and

**WHEREAS**, the Plaintiff offered, *inter alia*, testimony and a written appraisal report at the Hearing stating that the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00; and

**WHEREAS**, defendant H. Lisa Steele, by her counsel, objected to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises at the Hearing; and

**WHEREAS**, by letter dated July 21, 1994, defendant Steele withdrew all objections to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises; and

**WHEREAS**, the parties entered into a Stipulation and Order dated as of August 1, 1994 and "so ordered" on September 14, 1994, wherein the parties agreed that (a) the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00 and (b) the total deficiency judgment with interest is $494,162.01;

-2-

143561.1081794

**NOW**, upon motion of **Herrick, Feinstein**, attorneys for the plaintiff, it is

**ORDERED AND ADJUDGED** that the plaintiff's motion for leave to enter a deficiency judgment as against defendant H. Lisa Steele is granted; and it is further

**ORDERED AND ADJUDGED** that the plaintiff, Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB), having a place of business at 1100 Cornwall Road, Monmouth, New Jersey, recover from defendant H. Lisa Steele, having an address at 122 East 85th Street, New York, New York, the total amount of $494,162.01.

Dated: New York, New York
August ___, 1994

Certified as a true copy on
this date 3/25/99
By _____
( ) Clerk
(✓) Deputy

SO ORDERED:

_____  September 14, 1994
U.S.M.J.

HON. SHARON E. GRUBIN
United States Magistrate
Southern District of New York

-3-

143561.1081794

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

**AFFIDAVIT OF JUDGMENT CREDITOR PURSUANT O CHAPTER 55 OF THE FLORIDA STATUTES AS TO JUDGMENT, DATED SEPTEMBER 14, 1994 AND ENTERED IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ON SEPTEMBER 16, 1994, AGAINST H. LISA STEELE a/k/a LISA STEELE**

99-6902

STATE OF OHIO )
)
COUNTY OF FRANKLIN )

BEFORE ME, the undersigned authority, personally appeared Barry H. Fromm of Value Recovery Group, Inc., as successor-in-interest to JDC Finance Company III, L.P., a Delaware limited partnership ("JDC") as successor-in-interest to the Federal Deposit Insurance Corporation, who was sworn, and says:

1. With respect to the Assignment and Bill of Sale dated April 19, 1999 in favor of Value Recovery Group, Inc. referencing the H. Lisa Steele (a/k/a Lisa Steele) asset, Value Recovery Group, Inc. as successor-in-interest to JDC as successor-in-interest to the Federal Deposit Insurance Corporation is located at 1165 West Third Avenue, Columbus, Ohio 43212.

2. This Affidavit is being recorded simultaneously with a certified copy of the Judgment dated September 14, 1994 and originally entered in United States District Court for the Southern District of New York, Case No. 92 Civ. 6702 (JFK) against H. Lisa Steele in the amount of $494,162.01 and the original Certification of Judgment for Registration in Another District as issued by the United States District Court for the Southern District of New York on March 26, 1999.

3. The following assignment-related documents are annexed hereto: Assignment and Bill of Sale between JDC Finance Company III, L.P. and the FDIC, executed July 8, 1996; Assignment

and Bill of Sale between JDC Finance Company III, L.P. and Value Recovery Group, Inc. dated April 19, 1999, and related Power of Attorney.

FURTHER AFFIANT SAYETH NAUGHT

VALUE RECOVERY GROUP, INC.

By: _____

Print Name: __Barry H. Fromm__

Print Title __President__

STATE OF OHIO        )
                     )
COUNTY OF FRANKLIN   )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared __Barry H. Fromm__. He is personally known to me or has produced _____ as identification.

WITNESS my hand and official seal in the County and State last aforesaid this 2nd day of July, 1999.

My Commission Expires: 9/8/99

_____
NOTARY PUBLIC

MERRICK L. TATE
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires Sept. 8, 1999

C:\WPDOC\2285.12\AFFJDGCR.M01

## ASSIGNMENT AND BILL OF SALE

Pursuant to that certain Contribution Agreement (the "Contribution Agreement"), dated as of December 13, 1993, made and entered into by and between JDC Finance Company III, L.P., a Delaware limited partnership (the "Purchaser"), and the FEDERAL DEPOSIT INSURANCE CORPORATION (the "FDIC"), an instrumentality of the United States of America, in its corporate capacity ("Seller"), the Seller has agreed to contribute to the Purchaser, and the Purchaser has agreed to accept from the Seller, all of the Seller's right, title and interest, if any, in and to the "JDCs" and "Small-Balance Assets" (as such terms are defined in the Contribution Agreement) listed on Exhibit A attached hereto (the "Assets").

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS, that the Seller, for and in consideration of the mutual promises contained in the Contribution Agreement and other good and valuable consideration paid by the Purchaser to the Seller, the receipt of which is hereby acknowledged, and intending to be legally bound hereunder, has bargained and sold, and by these presents does hereby grant, bargain, sell, convey, transfer, assign and deliver to the Purchaser, its successors and permitted assigns, each of the Assets, "as is", "with all faults", without representation or warranty, express or implied, as to ownership, title, collectibility, enforceability or any other matter.

TO HAVE AND TO HOLD the Assets unto the Purchaser, its successors and permitted assigns, to and for its and their own proper use and benefit forever.

The Purchaser may collect or receive any monies due under the Assets, and any part thereof, or release or discharge said Assets, and the Purchaser, by accepting this Assignment and Bill of Sale, does hereby hold the Seller harmless from any and all costs incurred in the collection of the Assets.

This Assignment and Bill of Sale shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to principles thereof relating to conflicts of laws.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment and Bill of Sale, or has caused this Assignment and Bill of Sale to be duly executed on its behalf, as of _____ JULY 8TH ____, 1996

FEDERAL DEPOSIT INSURANCE
CORPORATION, in its corporate capacity

By: _William F. Bush_____
Name: William F. Bush
Title: Attorney in Fact

STATE OF _____CONN_____ )
                                    ) ss. EAST HARTFORD
COUNTY OF ___HARTFORD_____ )

    The undersigned, a notary public in and for above-said County and State, does hereby acknowledge that __WILLIAM C BUSH__, as __ATTORNEY IN FACT__ of the FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, personally appeared before me this day, and being by me duly sworn, says that s/he, being informed of the contents, voluntarily executed the foregoing instrument for and on behalf of such entity.

    WITNESS my hand and official seal, this __8TH__ day of __JULY__, 1996.

{SEAL}

_____Frank J Hayes_____
Notary Public for the State of __CONN__
Residing at: _____

_____
My Commission Expires: _____

FRANK HAYES<br/>
<i>NOTARY PUBLIC</i><br/>
MY COMMISSION EXPIRES APRIL 30, 1999

JDCs(ALPHA)
Information as of June 21, 1996

| BANK | LAMISNO | OFFCODE | BOOKVAL | ASSETNAME | ASSETYPE | SEC_OFF |
|---|---|---|---|---|---|---|
| 4423 | 004213531 | 18205 | 524000.00 | ST JOHNS ASSOSCIATES-AL | 046 | JDNE1 |
| 4610 | 001276571 | 18301 | 283700.00 | STANDISH THOMAS K | 070 | JDNE1 |
| 4497 | 001288981 | 18155 | 494162.01 | STEBLE, LISA | 046 | JDNE1 |
| 4310 | 004332661 | 18016 | 20000000.00 | STOECKER WILLIAM J | 070 | JDNE1 |
| 4423 | 500724681 | 18155 | 157000.00 | STRANIERE, ROBERT | 070 | JDNE1 |
| 4423 | 500724691 | 18155 | 100000.00 | STRANIERE, ROBERT | 070 | JDNE1 |
| 4423 | 500724701 | 18155 | 99008.50 | STRANIERE, ROBERT | 070 | JDNE1 |
| 3250 | 001029051 | 18155 | 63213.67 | STRANIERE, ROBERT A | 070 | JDNE1 |
| 4491 | 500842281 | 18154 | 500000.00 | SUSSEX MORRIS WHOLESALE | 044 | JDNE1 |
| 4497 | 004340591 | 18156 | 82941.72 | SUTTON ORGANIZATION INC | 070 | JDNE1 |
| 4310 | 501350621 | 18017 | 3926696.25 | THE E & F CONSTRUCTION CO | 046 | JDNE1 |
| 4444 | 004329691 | 18179 | 167566.43 | THOMPSON GREGORY A | 070 | JDNE1 |
| 5610 | 003632701 | 18214 | 276940.50 | TISCHFELD, GERALD N | 044 | JDNE1 |
| 4474 | 001264201 | 18156 | 310592.96 | TOMAC DEVELOPMENT CORP | 046 | JDNE1 |
| 4521 | 500984711 | 18451 | 1048365.14 | UNIVERSAL DEVELOPMENT COR | 046 | JDNE1 |
| 4310 | 501352831 | 18309 | 743187.40 | VERNON, HAROLD | 044 | JDNE1 |
| 4520 | 004330991 | 18320 | 18762361.77 | VILLANOVA REALTY CORPORAT | 070 | JDNE1 |
| 4380 | 004097541 | 18201 | 185000.00 | W O G CONSTRUCTION | 046 | JDNE1 |
| 4474 | 500925531 | 18452 | 187354.50 | WEINSTEIN, WILLIAM | 070 | JDNE1 |

Page 9

POOL19

# POWER OF ATTORNEY     BK 7548 PG 1709

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, JDC Finance Company III, L.P., a Delaware limited partnership ("**Seller**"), hereby constitutes and appoints Value Recovery Group, Inc. ("**Buyer**"), its true and lawful attorney and agent, with power and authority to do the following with respect to those certain judgments, deficiencies, charge-offs and small-balance assets (the "**Assets**") described in Exhibit "A" attached to that certain Asset Purchase and Sale Agreement, dated as of September 8, 1998, 1998, between Seller, as seller, and Buyer, as buyer:

(i)     Execute any and all documents and instruments necessary to transfer, convey and deliver to Buyer all the Seller's right, title, interest and possession of the Assets and the Asset Documents, and all of Seller's interest in any property, whether real or personal, securing the Assets;

(ii)    Endorse Seller's name on checks, drafts, money orders or other evidence of payment made by any obligors or any other persons on any of the Assets and received by Seller or Buyer after the date hereof;

(iii)   Endorse and sign Seller's name on assignments, continuation statements and other documents to be filed or recorded as public records with respect to the Assets;

(iv)   Enforce, to the extent of its interest in the Assets, the provisions of any insurance policy that names Seller as insured, loss payee or lienholder;

Seller hereby ratifies and confirms all that Buyer as such attorney and agent shall do or cause to be done within the lawful scope hereof; provided, however, that such ratification and confirmation of the power granted to Buyer herein shall not create any obligation or impose any liability on Seller.

By acceptance hereof Buyer agrees to indemnify and hold harmless Seller, its officers, directors, agents, employees and representatives from and against any and all liabilities, claims, expenses, damages or losses, including without limitation reasonable fees of legal counsel, and related disbursements incurred by Seller and arising out of any actions by Buyer in the name of Seller. Upon notice and request by Seller, Buyer agrees to defend Seller or cause Seller to be defended in any legal action, suit, or proceeding arising out of any actions by Buyer in the name of Seller.

This Power of Attorney is coupled with an interest and may not be revoked unless Buyer exceeds the scope of the authority granted hereunder in the name of Seller and is non-transferable and non-assignable by Buyer.

WHEN RECORDED MAIL TO

NAME: W J Kob, NSA

ADDRESS: 500 [illegible], [illegible]

CITY & STATE: Okla City OK 73___

DOC NUMBER 1999044256
BK 7548 PG 1709-1711
DATE 03/24/99 08:59:56
FILING FEE $12.00
DOC TAX $0.00
Carolynn Caudill
Oklahoma County Clerk
RECORDED AND FILED

IN WITNESS WHEREOF, the undersigned has executed this Power of Attorney as of the 8th day of September, 1998.

BOOK 7548 PAGE 1710

SELLER:

**JDC FINANCE COMPANY III, L.P.**,
a Delaware limited partnership

By: Prentiss/FMRC Joint Venture III, a Texas general partnership, its General Partner

    By: Prentiss Properties JDC, Inc., a Delaware corporation, its General Partner

        By: *[signature: Bruce Nozick]*
        Name: BRUCE NOZICK
        Title: Designated Representative

R:\2101\19\SALE\JDC3\POA-P19.WPD
CGC     9/7/98

2

## ACKNOWLEDGMENT

7548 1711

State of Texas §
§ ss
County of Dallas §

On 9-8-98 before me, personally appeared Bruce Nozick, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are prescribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

(SEAL)
SHARON LYNN BRUNER
Notary Public, State of Texas
My Commission Exp. 01-29-2000

Sharon Lynn Bruner
Notary Public

Commission Expires: 1/29/2000

## ASSIGNMENT AND BILL OF SALE

Pursuant to that certain Asset Purchase and Sale Agreement, dated as of September 8, 1998, made and entered into by and between JDC FINANCE COMPANY III, L.P. ("JDC"), a Delaware limited partnership, and VALUE RECOVERY GROUP, INC. ("VRG") which provides for the transfer to VRG, all of JDC's rights, title and interest, if any, in and to "the assets listed on Exhibit A attached hereto" (the "Assets") and VRG hereby agrees to accept the Assets from JDC.

JDC executed a Power of Attorney on September 8, 1998, providing VRG with the authority to execute an Assignment and Bill of Sale to transfer the Assets.

NOW THEREFORE KNOW ALL MEN BY THESE PRESENTS, that JDC, for and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, and intending to be legally bound, has bargained and sold, and by these presents, does hereby grant, bargain, sell, convey, transfer, assign, and deliver to VRG, its successors and permitted assigns, each of the Assets, "as is", without representation or warranty as to ownership, title, collectability, or any other matter.

TO HAVE AND TO HOLD the Assets unto VRG, its successors and permitted assigns, to and for its and their own proper use and benefit forever.

VRG shall have the right to collect or receive any monies due under the Assets, and any part thereof, or to release or discharge said Assets. VRG, by accepting this Assignment and Bill of Sale, does hereby hold JDC harmless from all costs incurred in the collection of the Assets.

This Assignment and Bill of Sale shall be governed by and construed in accordance with the laws of the State of Ohio, without giving effect to principles thereof relating to conflicts of law.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment and Bill of Sale, or has caused this Assignment and Bill of Sale to be executed on its behalf, as of _September 8_, 1998.

                          JDC FINANCE COMPANY III, L.P.

                          By:    Value Recovery Group, Inc.
                                  Attorney-in-Fact

                          BY:    _____
                                  Barry H. Fromm, President

STATE OF __OHIO__ §
§ ss.
COUNTY OF __FRANKLIN__ §

The undersigned, a Notary Public in and for the above-said County and State, does hereby acknowledge that __Barry H. Fromm__, as __Attorney in Fact__ of JDC FINANCE COMPANY III, L.P., personally appeared before me this day, and being by me duly sworn, says that s/he, being informed of the contents, voluntarily executed the foregoing instrument for and on behalf of such entity.

WITNESS my hand and official seal, this __19TH__ day of __April__, 1999.

_____
Notary Public for the State of __Ohio__
My Commission Expires: __September 8, 1999__

MERRICK L. TATE
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires Sept. 8, 1999

**EXHIBIT "A"**

| PPLNO | Name | Institution | Type | BookBalance |
|---|---|---|---|---|
| 34851 | Steele, Lisa | American Savings Bank | JD | $494,162 |

# CIVIL COVER SHEET

JS-44 (Rev. 12/96)

99-6902

Case 0:99-cv-06902-WPD Document 1 Entered on FLSD Docket 07/20/1999 Page 16 of 16

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Value Recovery Group, Inc., as successor-in-interest to JDC Finance Company III, L.P. as successor-in-interest to Federal Deposit Insurance Corporation

**DEFENDANTS**
H. Lisa Steele a/k/a Lisa Steele

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Outside of Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

WB FTL 99-6902-WPD/LRT

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Dora F. Kaufman, Esq., Haley, Sinagra & Perez, P.A.
100 S.E. 3rd Avenue, Suite 1900, Ft. Lauderdale
FL 33394 (954) 467-1300

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Registration of foreign District Court Judgment

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|                                      | PTF | DEF |                                                            | PTF | DEF |
|--------------------------------------|-----|-----|------------------------------------------------------------|-----|-----|
| Citizen of This State                | ☐1  | ☐1  | Incorporated or Principal Place of Business In This State   | ☐4  | ☐4  |
| Citizen of Another State             | ☐2  | ☐2  | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5  |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation                                              | ☐6  | ☐6  |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | **PERSONAL INJURY** | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury – Med Malpractice | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury – Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☒ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☒ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions A or B Registration of foreign Judgment |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Registration of foreign District Court Judgment

**LENGTH OF TRIAL**
via N/A days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: July 15, 1999
SIGNATURE OF ATTORNEY OF RECORD: Haley, Sinagra + Perez, P.A.
By: [signature] DORA F. KAUFMAN 7-15-99

**FOR OFFICE USE ONLY**
RECEIPT # 516749  AMOUNT $120.00  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___