UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

VALUE RECOVERY GROUP, INC.,
as successor-in-interest to
JDC Finance Company III, L.P.
as successor-in interest to
Federal Deposit Insurance Corporation
              Plaintiff(s)
VS                                             CASE NO. 99-6902
H. LISA STEELE A/K/A LISA STEELE
              Defendant(s)

### ASSIGNMENT OF JUDGMENT

      FOR VALUE RECEIVED, the undersigned, Value Recovery Group, Inc., (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse unto THE CADLE COMPANY, an Ohio corporation located at 100 North Center Street, Newton Falls, OH 44444 (hereinafter the "Assignee"), all its right, title, interest, powers and options in, if any, in the Judgment rendered against Defendant(s) in the United States District Court, Southern District of New York, wherein Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB) was the Plaintiff and H. Lisa Steele (a/k/a Lisa Steele), Roblis Enterprises, Ltd., Manufacturers Hanover Trust Company, Columbia Capital Corporation, Fleet National Bank, Citicorp North America, Inc., Clinton Capital Corporation, The State of New York, The City of New York, The City of New York Parking Violations Bureau were the Defendants. Said Judgment was dated and filed on September 14, 1994 with the United States District Court, New York. Said Judgment was subsequently thereafter filed on July 15, 1999 with the United States District Court, Southern District of Florida, Fort Lauderdale, Florida. Said Instrument was subsequently thereafter assigned from Federal Deposit Insurance Corporation, an instrumentality of the United States of America, in its corporate capacity by Assignment and Bill of Sale dated July 8, 1996 and subsequently thereafter assigned from JDC Finance Company III, L.P. to Value Recovery Group, Inc. by Assignment and Bill of Sale dated April 19, 1999 but effective as of September 8, 1998.

      IN WITNESS WHEREOF, Assignor has executed this Assignment of Judgment as of October __22__, 2002, but effective as of July 26, 2001.

_____
Dawn M. Senvisky, Witness

_____
Cindy Lou Garro, Witness

VALUE RECOVERY GROUP, INC., BY THE CADLE COMPANY, ITS ATTORNEY IN FACT, BY POWER OF ATTORNEY, DATED JULY 26, 2001, AND RECORDED ON NOVEMBER 15, 2001, UNDER INST. 200111150043528 WITH TRUMBULL COUNTY, OHIO

By: _____
     William E. Shaulis
Its:  Executive Vice President

STATE OF OHIO
COUNTY OF TRUMBULL

      Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.

      Executed this __22__ day of October, 2002.

(Notarial Seal)

_____
Kathryn T. Sabol, Notary Public

KATHRYN T. SABOL, NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION EXPIRES MARCH 27, 2003

PREPARED BY AND AFTER
RECORDING RETURN TO:
THE CADLE COMPANY
100 North Center Street
Newton Falls, OH 44444-1321
(330) 872-0918
Lisa Steele
Our File No. WWB20121
C:\documents\WWB2-New.doc

