UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

VALUE RECOVERY GROUP, INC.,
as successor-in-interest to
JDC Finance Company III, L.P.
as successor-in interest to
Federal Deposit Insurance Corporation
          Plaintiff(s)
  VS
H. LISA STEELE A/K/A LISA STEELE
          Defendant(s)         CASE NO. 99-6902 WPD



### ASSIGNMENT OF JUDGMENT

      FOR VALUE RECEIVED, the undersigned, THE CADLE COMPANY, an Ohio corporation located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse unto Cadles of Grassy Meadows II, L.L.C., a West Virginia limited liability company located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignee"), all its right, title, interest, powers and options in, if any, in the Judgment rendered against Defendant(s) in the United States District Court, Southern District of New York, wherein Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB) was the Plaintiff and H. Lisa Steele (a/k/a Lisa Steele), Roblis Enterprises, Ltd., Manufacturers Hanover Trust Company, Columbia Capital Corporation, Fleet National Bank, Citicorp North America, Inc., Clinton Capital Corporation, The State of New York, The City of New York, The City of New York Parking Violations Bureau were the Defendants. Said Judgment was dated and filed on September 14, 1994 with the United States District Court, New York. Said Judgment was subsequently thereafter filed on July 15, 1999 with the United States District Court, Southern District of Florida, Fort Lauderdale, Florida. Said Instrument was subsequently thereafter assigned from Federal Deposit Insurance Corporation, an instrumentality of the United States of America, in its corporate capacity by Assignment and Bill of Sale dated July 8, 1996 and subsequently thereafter assigned from JDC Finance Company III, L.P. to Value Recovery Group, Inc. by Assignment and Bill of Sale dated April 19, 1999 but effective as of September 8, 1998. Said Judgment was subsequently thereafter assigned from Value Recovery Group, Inc. to The Cadle Company by Assignment of Judgment dated October 22, 2002, but effective as of July 26, 2001 and filed on January 16, 2003 with the United States District Court, Southern District of Florida, Fort Lauderdale, Florida.
      IN WITNESS WHEREOF, Assignor has executed this Assignment of Judgment as of January 22, 2003, but effective as of July 26, 2001.

_____
Cindy Lou Garro, Witness

_____
Dawn M. Senvisky, Witness

THE CADLE COMPANY, AN OHIO CORPORATION

By: _____
    William E. Shaulis
Its:   Executive Vice President

STATE OF OHIO
COUNTY OF TRUMBULL

      Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.
      Executed this 22 day of January, 2003.

(Notarial Seal)

_____
Kathryn T. Sabol, Notary Public

KATHRYN T. SABOL, NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION EXPIRES MARCH 27, 2003

PREPARED BY AND AFTER
RECORDING RETURN TO:
THE CADLE COMPANY
100 North Center Street
Newton Falls, OH 44444-1321
Lisa Steele
WWB20121

**NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.2**

