UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

Case No: 99-6902 WPD

VALUE RECOVERY GROUP, INC., as successor-in-interest to JDC FINANCE COMPANY III, L.P.,
As successor-in interest to FEDERAL DEPOSIT INSURANCE CORPORATION,

    Plaintiff,

vs.

H. LISA STEELE (a/k/a Lisa Steele)

    Defendants,
_____/



## NOTICE OF APPEARANCE AND OF ASSIGNMENT OF JUDGMENT

The Cadles of Grassy Meadows II, L.L.C, as assignee, ( hereinafter "Plaintiff"), by and through its undersigned counsel, gives notice of the appearance of undersigned counsel on its behalf and give notice that the Judgment in this matter has been assigned and in support thereof, states as follows:

    1.    On September 14, 1994, Plaintiff obtained a Judgment against Defendant, H. Lisa Steele ("Defendant"), in the sum of $494,162.01 plus interest thereon at the statutory rate as allowed by law. To date, this Judgment remains unsatisfied. A copy of the Judgment is attached hereto as Exhibit "A".

    2.    That Judgment was registered in the Southern District of Florida on or about July 15, 1999 bearing the case number set forth in the style above.

Page 2 of 2<br>
*Motion for Writ of Garnishment*

3. On or about October 22, 2002, Value Recovery Group, Inc., as successor, assigned all of its rights, title and interest in the judgment to The Cadle Company. Attached as Exhibit "B" is a copy of that Assignment.

4. On or about January 22, 2003, The Cadle Company, as successor, assigned all of its rights, title and interest in the judgment to Cadles of Grassy Meadows II, L.L.C., the current owner and holder of the Judgment. Attached as Exhibit "C" is a copy of that Assignment.

Dated: May 21, 2004.

**JOHNSON, LEITER & BELSKY**
*Attorney for the Plaintiff,*
*Cadles of Grassy Meadows II, L.L.C.*
Blackstone Building, Third Floor
707 Southeast Third Avenue
Fort Lauderdale, FL 33316
Tel: (954) 462-3116
Fax:(954) 761-8990

BY: _____
MICHAEL E. WARGO
Florida Bar No. 517046

L:\Michael Wargo Files\Cadle (Cadles of Grassy Meadows) -Steele 1547\n-app.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

FEDERAL DEPOSIT INSURANCE CORPORATION,
As Receiver for AMERIVCAN SAVINGS BANK (f/k/a
AMERICAN SAVINGS BANK, FSB),

                         Plaintiff,

-against-

H. LISA STEELE (a/k/a Lisa Steele), ROBLIS
ENTERPRISES, LTD., MANUFACTURERS
HANOVER TRUST COMPANY, COLUMBIA
CAPITAL CORPORATION, FLEET NATIONAL
BANK, CITICORP NORTH AMERICA, INC.,
CLINTON CAPITAL CORPORATION, THE
STATE OF NEW YORK, THE CITY OF NEW YORK,
THE CITY OF NEW YORK PARKING VIOLATIONS
BUREAU

                        Defendants.
--------------------------------------------------------------X



99-6902

92   CIVIL 6702(JFK)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

JUDGMENT #94,1830

I, JAMES M. PARKISON, Clerk of this United States District Court certify that the attached is a true and correct copy of the original judgment entered in this action on Sept. 16, 1994 as it appears in the records of this court, and that * no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on MAR 26, 1999.

                                                   Clerk

                                                   (By) Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
FEDERAL DEPOSIT INSURANCE CORPORATION, as
Receiver for AMERICAN SAVINGS BANK (f/k/a
AMERICAN SAVINGS BANK, FSB),         :  92 Civ. 6702 (JFK)
                                     :
                      Plaintiff,     :  JUDGMENT
                                     :
        - against -                  :
                                     :
H. LISA STEELE (a/k/a Lisa Steele), ROBLIS
ENTERPRISES, LTD., MANUFACTURERS HANOVER
TRUST COMPANY, COLUMBIA CAPITAL CORPORATION,
FLEET NATIONAL BANK, CITICORP NORTH AMERICA,
INC., CLINTON CAPITAL CORPORATION, THE STATE
OF NEW YORK, THE CITY OF NEW YORK, THE CITY
OF NEW YORK PARKING VIOLATIONS BUREAU,
                                     :
                      Defendants.    :
------------------------------------------------x



   **WHEREAS**, a Judgment of Foreclosure and Sale was entered in the above-captioned action on May 15, 1991 and the mortgaged premises were sold at a foreclosure sale held on October 31, 1991; and

   **WHEREAS**, the Plaintiff moved for an order, pursuant to New York Real Property Actions and Proceedings Law ("RPAPL") Section 1371(2), for leave to enter a deficiency judgment as against defendant H. Lisa Steele; and

   **WHEREAS**, on July 7, 1994, a hearing was held before Magistrate Judge Sharon E. Grubin, pursuant to RPAPL Section 1371(2), to determine the fair and reasonable market value of

the mortgaged premises as of the date of the foreclosure sale (the "Hearing"); and

**WHEREAS**, prior to the Hearing, the parties submitted a Stipulation of Undisputed Facts dated as of July 6, 1994 and "so ordered" on July 7, 1994, regarding certain issues relevant to the determination of the motion; and

**WHEREAS**, the Plaintiff offered, *inter alia*, testimony and a written appraisal report at the Hearing stating that the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00; and

**WHEREAS**, defendant H. Lisa Steele, by her counsel, objected to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises at the Hearing; and

**WHEREAS**, by letter dated July 20, 1994, defendant Steele withdrew all objections to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises; and

**WHEREAS**, the parties entered into a Stipulation and Order dated as of August 1, 1994 and "so ordered" on September 14, 1994, wherein the parties agreed that (a) the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00 and (b) the total deficiency judgment with interest is $494,162.01;

-2-

143561.1081794

NOW, upon motion of Herrick, Feinstein, attorneys for the plaintiff, it is

ORDERED AND ADJUDGED that the plaintiff's motion for leave to enter a deficiency judgment as against defendant H. Lisa Steele is granted; and it is further

ORDERED AND ADJUDGED that the plaintiff, Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB), having a place of business at 1100 Cornwall Road, Monmouth, New Jersey, recover from defendant H. Lisa Steele, having an address at 422 East 85th Street, New York, New York, the total amount of $494,162.01.

Dated: New York, New York
August __, 1994

Certified as a true copy on this date 8/25/94
By _____ [ ] Deputy

SO ORDERED:

_____ September 14, 1994
U.S.M.J.

HON. SHARON E. GRUBIN
United States Magistrate
Southern District of New York

-3-

143561.1081794

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Recovery Group, Inc., as successor-in-interest to JDC Finance Company III, L.P. as assessor-in-interest to Federal Deposit Insurance Corporation

**DEFENDANTS**
H. Lisa Steele a/k/a Lisa Steele

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Outside of Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CW B FTL 99-6902-WPD/LRJ

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Dora F. Kaufman, Esq., Haley, Sinagra & Perez, P.A.
100 S.E. 3rd Avenue, Suite 1900, Ft. Lauderdale
FL 33394 (954) 467-1300

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Registration of foreign District Court Judgment

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | A PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | PERSONAL INJURY | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| A REAL PROPERTY | ☐ 362 Personal Injury - Med Malpractice | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 791 Empl Ret Inc Security Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | PERSONAL PROPERTY | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | | ☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | A CIVIL RIGHTS | | A OR B Registration of foreign Judgment |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | ☐ 441 Voting | | |
| | ☐ 385 Property Damage Product Liability | ☐ 442 Employment | | |
| | | ☐ 443 Housing/Accommodations | | |
| | PRISONER PETITIONS | ☐ 444 Welfare | | |
| | ☐ 510 Motions to Vacate Sentence | ☐ 440 Other Civil Rights | | |
| | HABEAS CORPUS: | | | |
| | ☐ 530 General | | | |
| | ☐ 535 Death Penalty | | | |
| | ☐ 540 Mandamus & Other | | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Registration of foreign District Court Judgment

**LENGTH OF TRIAL** via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
**CHECK YES only if demanded in complaint:**
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

**DATE** July 15, 1999
**SIGNATURE OF ATTORNEY OF RECORD** Haley Sinagra + Perez, P.A.
By: [signature] DORA F. KAUFMAN 7-15-99

**FOR OFFICE USE ONLY**
RECEIPT # 516749  AMOUNT $150.00  APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

VALUE RECOVERY GROUP, INC.,
as successor-in-interest to
JDC Finance Company III, L.P.
as successor-in interest to
Federal Deposit Insurance Corporation
                    Plaintiff(s)
VS                                                    CASE NO. 99-6902
H. LISA STEELE A/K/A LISA STEELE
                    Defendant(s)

FILED BY 2003 JAN 16 PM 4:34 D.C.

## ASSIGNMENT OF JUDGMENT

FOR VALUE RECEIVED, the undersigned, Value Recovery Group, Inc., (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse unto THE CADLE COMPANY, an Ohio corporation located at 100 North Center Street, Newton Falls, OH 44444 (hereinafter the "Assignee"), all its right, title, interest, powers and options in, if any, in the Judgment rendered against Defendant(s) in the United States District Court, Southern District of New York, wherein Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB) was the Plaintiff and H. Lisa Steele (a/k/a Lisa Steele), Roblis Enterprises, Ltd., Manufacturers Hanover Trust Company, Columbia Capital Corporation, Fleet National Bank, Citicorp North America, Inc., Clinton Capital Corporation, The State of New York, The City of New York, The City of New York Parking Violations Bureau were the Defendants. Said Judgment was dated and filed on September 14, 1994 with the United States District Court, New York. Said Judgment was subsequently thereafter filed on July 15, 1999 with the United States District Court, Southern District of Florida, Fort Lauderdale, Florida. Said Instrument was subsequently thereafter assigned from Federal Deposit Insurance Corporation, an instrumentality of the United States of America, in its corporate capacity by Assignment and Bill of Sale dated July 8, 1996 and subsequently thereafter assigned from JDC Finance Company III, L.P. to Value Recovery Group, Inc. by Assignment and Bill of Sale dated April 19, 1999 but effective as of September 8, 1998.

IN WITNESS WHEREOF, Assignor has executed this Assignment of Judgment as of October __22__, 2002, but effective as of July 26, 2001.

_____
Dawn M. Senvisky, Witness

_____
Cindy Lou Garro, Witness

VALUE RECOVERY GROUP, INC., BY THE CADLE COMPANY, ITS ATTORNEY IN FACT, BY POWER OF ATTORNEY, DATED JULY 26, 2001, AND RECORDED ON NOVEMBER 15, 2001, UNDER INST. 200111150043528 WITH TRUMBULL COUNTY, OHIO

By: _____
    William E. Shaulis
Its: Executive Vice President

STATE OF OHIO
COUNTY OF TRUMBULL

Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.
Executed this __22__ day of October, 2002.

(Notarial Seal)

PREPARED BY AND AFTER
RECORDING RETURN TO:
THE CADLE COMPANY
100 North Center Street
Newton Falls, OH 44444-1321
(330) 872-0918
Lisa Steele
Our File No. WWB20121
C:\documents\WWB2-New.doc

_____
Kathryn T. Sabol, Notary Public

KATHRYN T. SABOL, NOTARY PUBLIC
STATE OF OHIO
MY COMMISSION EXPIRES MARCH 27, 2003

[Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By: _____ Deputy Clerk. Date 1/16/03]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

VALUE RECOVERY GROUP, INC.,
as successor-in-interest to
JDC Finance Company III, L.P.
as successor-in interest to
Federal Deposit Insurance Corporation
      Plaintiff(s)
  VS
H. LISA STEELE A/K/A LISA STEELE
      Defendant(s)           CASE NO. 99-6902 WPD

## ASSIGNMENT OF JUDGMENT

    FOR VALUE RECEIVED, the undersigned, THE CADLE COMPANY, an Ohio corporation located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse unto Cadles of Grassy Meadows II, L.L.C., a West Virginia limited liability company located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignee"), all its right, title, interest, powers and options in, if any, in the Judgment rendered against Defendant(s) in the United States District Court, Southern District of New York, wherein Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB) was the Plaintiff and H. Lisa Steele (a/k/a Lisa Steele), Roblis Enterprises, Ltd., Manufacturers Hanover Trust Company, Columbia Capital Corporation, Fleet National Bank, Citicorp North America, Inc., Clinton Capital Corporation, The State of New York, The City of New York, The City of New York Parking Violations Bureau were the Defendants. Said Judgment was dated and filed on September 14, 1994 with the United States District Court, New York. Said Judgment was subsequently thereafter filed on July 15, 1999 with the United States District Court, Southern District of Florida, Fort Lauderdale, Florida. Said Instrument was subsequently thereafter assigned from Federal Deposit Insurance Corporation, an instrumentality of the United States of America, in its corporate capacity by Assignment and Bill of Sale dated July 8, 1996 and subsequently thereafter assigned from JDC Finance Company III, L.P. to Value Recovery Group, Inc. by Assignment and Bill of Sale dated April 19, 1999 but effective as of September 8, 1998. Said Judgment was subsequently thereafter assigned from Value Recovery Group, Inc. to The Cadle Company by Assignment of Judgment dated October 22, 2002, but effective as of July 26, 2001 and filed on January 16, 2003 with the United States District Court, Southern District of Florida, Fort Lauderdale, Florida.
    IN WITNESS WHEREOF, Assignor has executed this Assignment of Judgment as of January 22, 2003, but effective as of July 26, 2001.

_____          THE CADLE COMPANY, AN OHIO CORPORATION
Cindy Lou Garro, Witness

_____          By: _____
Dawn M. Senvisky, Witness               William E. Shaulis
                                            Its: Executive Vice President

STATE OF OHIO
COUNTY OF TRUMBULL

    Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.
    Executed this 22 day of January, 2003.

(Notarial Seal)                                   Kathryn T. Sabol, Notary Public

PREPARED BY AND AFTER
RECORDING RETURN TO:                            KATHRYN T. SABOL, NOTARY PUBLIC
THE CADLE COMPANY                               STATE OF OHIO
100 North Center Street
Newton Falls, OH 44444-1321                  MY COMMISSION EXPIRES MARCH 27, 2003
Lisa Steele
WWB20121

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1/A