UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

Case No: 99-6902 WPD

VALUE RECOVERY GROUP, INC., as successor-in-interest to JDC FINANCE COMPANY III, L.P., As successor-in interest to FEDERAL DEPOSIT INSURANCE CORPORATION,

    Plaintiff,

vs.

H. LISA STEELE (a/k/a Lisa Steele)

    Defendants,
_____/

v.

PRIMARILY PREPRIMARY, INC.,

    GARNISHEE.
_____/

## MOTION FOR WRIT OF GARNISHMENT

The Cadles of Grassy Meadows II, L.L.C, as assignee, ( hereinafter "Plaintiff"), by and through its undersigned counsel, moves this Court for the issuance of a Writ of Garnishment against Primarily Preprimary, Inc., and in support thereof, states as follows:

1.    On March 25, 1999, Plaintiff obtained a Judgment against Defendant, H. Lisa Steele ("Defendant"), in the sum of $494,162.01 plus interest thereon at the statutory rate as allowed by law. To date, this Judgment remains unsatisfied. A copy of the Judgment is attached hereto as Exhibit "A". The Cadles of Grassy Meadows II, L.L.C., is the assignee of the Judgment.

Page 2 of 3
*Motion for Writ of Garnishment*

2. Plaintiff does not believe that Defendant has in its possession visible property upon which levy can be made sufficient to satisfy the Judgment.

3. Plaintiff has reason to believe that the Garnishee has in its possession or control goods, money, chattels or effects belonging to the Defendant. The property or things sought to be garnished are not:

A. wages for personal labor services due the head of the family residing in the State of Florida;

B. the cash surrender value of life insurance policies issued upon the lives of citizens or residents of the State of Florida; or

C. disability income benefits due under any policy or contract of life, health, accident or other insurance.

WHEREFORE, Plaintiff requests this Court enter an Order requiring the Clerk to issue a Writ of Garnishment against Garnishee, Primarily for the sum of $494,162.01, plus interest at 10% as allowed by law from the date of the Judgment and award Plaintiff its attorney's fees and costs in this action.

Dated: April ___, 2004.

Johnson, Leiter & Belsky, P.A.
A Professional Service Corporation, since 2000

**JOHNSON, LEITER & BELSKY**
*Attorney for the Plaintiff,*
*Cadles of Grassy Meadows II, L.L.C*
Blackstone Building, Third Floor
707 Southeast Third Avenue
Fort Lauderdale, FL 33316
Tel: (954) 462-3116
Fax:(954) 761-8990

BY: _____
MICHAEL E. WARGO
Florida Bar No. 517046

l:\Michael Wargo\Files\Cadle\(Cadles of Grassy Meadows)\Steele 1547\M-Writ of Garnishment.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

FEDERAL DEPOSIT INSURANCE CORPORATION, As Receiver for AMERIVCAN SAVINGS BANK (f/k/a AMERICAN SAVINGS BANK, FSB),

           Plaintiff,

-against-

H. LISA STEELE (a/k/a Lisa Steele), ROBLIS ENTERPRISES, LTD., MANUFACTURERS HANOVER TRUST COMPANY, COLUMBIA CAPITAL CORPORATION, FLEET NATIONAL BANK, CITICORP NORTH AMERICA, INC., CLINTON CAPITAL CORPORATION, THE STATE OF NEW YORK, THE CITY OF NEW YORK, THE CITY OF NEW YORK PARKING VIOLATIONS BUREAU

           Defendants.

------------------------------------------------------------X



99-6902

92  CIVIL 6702(JFK)
**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

JUDGMENT #94,1830

I, JAMES M. PARKISON, Clerk of this United States District Court certify that the attached is a true and correct copy of the original judgment entered in this action on Sept. 16, 1994 as it appears in the records of this court, and that * no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on MAR 26, 1999.

                              Clerk

                              (By) Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FEDERAL DEPOSIT INSURANCE CORPORATION, as :
Receiver for AMERICAN SAVINGS BANK (f/k/a :
AMERICAN SAVINGS BANK, FSB),             :   92 Civ. 6702 (JFK)
                                         :
                        Plaintiff,       :   JUDGMENT
                                         :
            - against -                  :
                                         :
H. LISA STEELE (a/k/a Lisa Steele), ROBLIS :
ENTERPRISES, LTD., MANUFACTURERS HANOVER :
TRUST COMPANY, COLUMBIA CAPITAL CORPORATION, :
FLEET NATIONAL BANK, CITICORP NORTH AMERICA, :
INC., CLINTON CAPITAL CORPORATION, THE STATE :
OF NEW YORK, THE CITY OF NEW YORK, THE CITY :
OF NEW YORK PARKING VIOLATIONS BUREAU,   :
                                         :
                        Defendants.      :
                                         :
------------------------------------x



     **WHEREAS**, a Judgment of Foreclosure and Sale was entered in the above-captioned action on May 15, 1991 and the mortgaged premises were sold at a foreclosure sale held on October 31, 1991; and

     **WHEREAS**, the Plaintiff moved for an order, pursuant to New York Real Property Actions and Proceedings Law ("RPAPL") Section 1371(2), for leave to enter a deficiency judgment as against defendant H. Lisa Steele; and

     **WHEREAS**, on July 7, 1994, a hearing was held before Magistrate Judge Sharon E. Grubin, pursuant to RPAPL Section 1371(2), to determine the fair and reasonable market value of

143561.1081794

the mortgaged premises as of the date of the foreclosure sale (the "Hearing"); and

WHEREAS, prior to the Hearing, the parties submitted a Stipulation of Undisputed Facts dated as of July 6, 1994 and "so ordered" on July 7, 1994, regarding certain issues relevant to the determination of the motion; and

WHEREAS, the Plaintiff offered, inter alia, testimony and a written appraisal report at the Hearing stating that the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00; and

WHEREAS, defendant H. Lisa Steele, by her counsel, objected to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises at the Hearing; and

WHEREAS, by letter dated July 20, 1994, defendant Steele withdrew all objections to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises; and

WHEREAS, the parties entered into a Stipulation and Order dated as of August 1, 1994 and "so ordered" on September 14, 1994, wherein the parties agreed that (a) the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00 and (b) the total deficiency judgment with interest is $494,162.01;

-2-

143561.1081794

NOW, upon motion of Herrick, Feinstein attorneys for the plaintiff, it is

ORDERED AND ADJUDGED that the plaintiff's motion for leave to enter a deficiency judgment as against defendant H. Lisa Steele is granted; and it is further

ORDERED AND ADJUDGED that the plaintiff, Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB), having a place of business at 1100 Cornwall Road, Monmouth, New Jersey, recover from defendant H. Lisa Steele, having an address at 422 East 85th Street, New York, New York, the total amount of $494,162.01.

Dated: New York, New York
August ___, 1994

Certified as a true copy on
this date 5/25/74
By _____
( ) Clerk
(X) Deputy

SO ORDERED:

_Sharon E. Grubin_   September 14, 1994
U.S.M.J.

HON. SHARON E. GRUBIN
United States Magistrate
Southern District of New York

-3-

143561.1081794

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____