UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

Case No: 99-6902 WPD

VALUE RECOVERY GROUP, INC., as successor-in-interest to JDC FINANCE COMPANY III, L.P.,
As successor-in interest to FEDERAL DEPOSIT INSURANCE CORPORATION,

    Plaintiff,

vs.

H. LISA STEELE (a/k/a Lisa Steele)

    Defendants,
_____/



v.

HENLEY CORPORATION,

    GARNISHEE.
_____/

## MOTION FOR CONTINUING WRIT OF GARNISHMENT AGAINST SALARY OR WAGES

    Plaintiff, Cadles of Grassy Meadows II, L.L.C., as assignee, (hereinafter "Plaintiff"), by and through its undersigned counsel, moves this Court for the issuance of a Continuing Writ of Garnishment Against Henley Corporation Salary or Wages, and in support thereof states as follows:

    1.    On September 14, 1994, Plaintiff's predecessor obtained a Judgment against Defendant, H. Lisa Steele a/k/a Lisa Steele ("Defendant"), in the sum of $494,162.01 plus interest thereon at the rate of 10% as allowed by law. To date, this Judgment remains unsatisfied. A copy of the Judgment is attached hereto as Exhibit "A". Cadles of Grassy Meadows II, L.L.C., is the

assignee of that judgment,

2. Plaintiff does not believe that Defendant has in his possession visible property upon which levy can be made sufficient to satisfy the Judgment.

3. Plaintiff has reason to believe that the above-named Garnishee, Henley Corporation, is indebted to, or has tangible or intangible personal property of Defendant, and moves that the Court issue a Continuing Writ of Garnishment against Salary or Wages, pursuant to Section 77.0305, Florida Statutes, commanding said Garnishee named above to answer according to law.

WHEREFORE, Plaintiff requests the issuance of a Continuing Writ of Garnishment Against Henley Corporation H. Lisa Steele's Salary or Wages for the sum of $494,162.01 plus interest at the rate of 10% as allowed by law, and award Plaintiff its attorney's fees and costs in this action.

Dated: April 20, 2004.

**JOHNSON, LEITER & BELSKY**
*Attorney for the Cadle Company*
Blackstone Building, Third Floor
707 Southeast Third Avenue
Fort Lauderdale, FL 33316
Tel:   (954) 462-3716
Fax:   (954) 761-8990

BY: _____
MICHAEL E. WARGO
Florida Bar No. 517046

L:\Michael Wargo Files\Cadle (Cadles of Grassy Meadows) -Steele 1547\M-Continuing Writ of Garnishment2.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FEDERAL DEPOSIT INSURANCE CORPORATION,
As Receiver for AMERIVCAN SAVINGS BANK (f/k/a
AMERICAN SAVINGS BANK, FSB),

                    Plaintiff,

        -against-

H. LISA STEELE (a/k/a Lisa Steele), ROBLIS
ENTERPRISES, LTD., MANUFACTURERS
HANOVER TRUST COMPANY, COLUMBIA
CAPITAL CORPORATION, FLEET NATIONAL
BANK, CITICORP NORTH AMERICA, INC.,
CLINTON CAPITAL CORPORATION, THE
STATE OF NEW YORK, THE CITY OF NEW YORK,
THE CITY OF NEW YORK PARKING VIOLATIONS
BUREAU

                    Defendants.
-----------------------------------------------------------X



99 - 6902

92   CIVIL 6702(JFK)
CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

JUDGMENT #94,1830

      I, JAMES M. PARKISON, Clerk of this United States District Court certify that the attached is a true and correct copy of the original judgment entered in this action on Sept. 16, 1994 as it appears in the records of this court, and that * no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

      IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on MAR 26, 1999.

_____
Clerk

_____
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
FEDERAL DEPOSIT INSURANCE CORPORATION, as :
Receiver for AMERICAN SAVINGS BANK (f/k/a :
AMERICAN SAVINGS BANK, FSB),              :  92 Civ. 6702 (JFK)
                                          :
                               Plaintiff, :  **JUDGMENT**
                                          :
               - against -                :
                                          :
H. LISA STEELE (a/k/a Lisa Steele), ROBLIS :
ENTERPRISES, LTD., MANUFACTURERS HANOVER  :
TRUST COMPANY, COLUMBIA CAPITAL CORPORATION, :
FLEET NATIONAL BANK, CITICORP NORTH AMERICA, :
INC., CLINTON CAPITAL CORPORATION, THE STATE :
OF NEW YORK, THE CITY OF NEW YORK, THE CITY :
OF NEW YORK PARKING VIOLATIONS BUREAU,    :
                                          :
                              Defendants. :
                                          :
---------------------------------------- x



**WHEREAS**, a Judgment of Foreclosure and Sale was entered in the above-captioned action on May 15, 1991 and the mortgaged premises were sold at a foreclosure sale held on October 31, 1991; and

**WHEREAS**, the Plaintiff moved for an order, pursuant to New York Real Property Actions and Proceedings Law ("RPAPL") Section 1371(2), for leave to enter a deficiency judgment as against defendant H. Lisa Steele; and

**WHEREAS**, on July 7, 1994, a hearing was held before Magistrate Judge Sharon E. Grubin, pursuant to RPAPL Section 1371(2), to determine the fair and reasonable market value of

the mortgaged premises as of the date of the foreclosure sale (the "Hearing"); and

WHEREAS, prior to the Hearing, the parties submitted a Stipulation of Undisputed Facts dated as of July 6, 1994 and "so ordered" on July 7, 1994, regarding certain issues relevant to the determination of the motion; and

WHEREAS, the Plaintiff offered, inter alia, testimony and a written appraisal report at the Hearing stating that the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00; and

WHEREAS, defendant H. Lisa Steele, by her counsel, objected to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises at the Hearing; and

WHEREAS, by letter dated July 20, 1994, defendant Steele withdrew all objections to the Plaintiff's testimony and written appraisal report regarding the fair market value of the mortgaged premises; and

WHEREAS, the parties entered into a Stipulation and Order dated as of August 1, 1994 and "so ordered" on September 14, 1994, wherein the parties agreed that (a) the fair market value of the mortgaged premises as of the date of the foreclosure sale, October 31, 1991, was $1,300,000.00 and (b) the total deficiency judgment with interest is $494,162.01;

-2-

143561.1081794

NOW, upon motion of Herrick, Feinstein, attorneys for the plaintiff, it is

ORDERED AND ADJUDGED that the plaintiff's motion for leave to enter a deficiency judgment as against defendant H. Lisa Steele is granted; and it is further

ORDERED AND ADJUDGED that the plaintiff, Federal Deposit Insurance Corporation, as Receiver for American Savings Bank (f/k/a American Savings Bank, FSB), having a place of business at 1100 Cornwall Road, Monmouth, New Jersey, recover from defendant H. Lisa Steele, having an address at 422 East 85th Street, New York, New York, the total amount of $494,162.01.

Dated:  New York, New York
        August __, 1994

Certified as a true copy on
this date __8/25/94__
By _____
             [ ] Clerk
             [X] Deputy

SO ORDERED:

_Sharon E. Grubin_  September 14, 1994
U.S.M.J.

HON. SHARON E. GRUBIN
United States Magistrate
Southern District of New York

-3-

143561.1081794

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____