UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6902-CIV-DIMITROULEAS/TORRES

VALUE RECOVERY GROUP, INC., as
successor in interest to JDC FINANCE
COMPANY III, L.P., as successor in
interest to FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.

H. LISA STEELE (a/k/a Lisa Steele),

    Defendant,

v.

PRIMARILY PREPRIMARY, INC.,

    Garnishee.
_____/

FILED by _____ D.C.
MAG. SEC.
JUL 1 3 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT

This matter is before the Court on Plaintiff's Motion for Continuing Writ of Garnishment Against Salary and Wages (D.E. 7) pursuant to the Order of Reference entered by United States District Judge William P. Dimitrouleas (D.E. 9). Upon careful review of the Motion and the file in this case, and noting that no response in opposition was timely filed, it is **ORDERED** and **ADJUDGED** as follows:

    1. Plaintiff's Motion for Continuing Writ of Garnishment Against Salary and Wages (D.E. 7) is hereby **GRANTED**. The amount of garnishment is not to exceed the amount

1



authorized by law as set forth in 15 U.S.C. § 1673.

2. The Clerk of the Court is hereby **DIRECTED** to issue a Continuing Writ of Garnishment and return said writ to counsel for Plaintiff who shall then have the writ served in accordance with 28 U.S.C. § 3205(c)(3). The clerk is directed to issue the Continuing Writ without requiring the Plaintiff to deposit any funds into the Court Registry.

3. Plaintiff's Motion for Writ of Garnishment (D.E. 5) is **DENIED AS MOOT** in light of the concurrent filing of Plaintiff's Motion for Continuing Writ of Garnishment Against Salary Wages.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Broward County, Florida this 13 day of July, 2004.

EDWIN G. TORRES
United States Magistrate Judge

cc: Honorable William P. Dimitrouleas

Michael E. Wargo, Esq.