UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6902-CIV-DIMITROULEAS/TORRES

CADLES OF GRASSY MEADOWS II, L.L.C.
as successor-in-interest to The Cadle Company as
successor-in-interest to Value Recovery Group,
Inc., as successor-in-interest to JDC Finance
Company III, L.P., as successor-in-interest
to Federal Deposit Insurance Corporation,

    Plaintiff,

v.

H. LISA STEELE a/k/a LISA STEELE, et. al.,

    Defendant,

v.

BANK ATLANTIC.,

    Garnishee.
_____/



FILED by ___ D.C.
OCT 4 - 2005
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF F.A FT. LAUD.

## ORDER DIRECTING CLERK TO ISSUE WRIT OF GARNISHMENT

This matter is before the Court on Plaintiff's Motion for Writ of Garnishment After Judgment [D.E. 16] pursuant to the Order of Reference entered by United States District Judge William P. Dimitrouleas [D.E. 18]. Upon careful review of the motion and the file in this case, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Motion for Writ of Garnishment After Judgment [D.E. 16] is hereby **GRANTED**. The amount of garnishment is not to exceed the amount authorized by law as set



forth in 15 U.S.C. § 1673.

2. The Clerk of the Court is hereby **DIRECTED** to issue a Writ of Garnishment and return said writ to counsel for Plaintiff who shall then have the writ served in accordance with 28 U.S.C. § 3205(c)(3). The Writ shall command Garnishee, **BANK ATLANTIC**, to answer according to law.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of October, 2005.

_____
EDWIN G. TORRES
United States Magistrate Judge

cc: Honorable William P. Dimitrouleas

Lori L. Heyer-Bednar, Esq.