UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

CASE NO.: 99-CV-6902-DIMITROULEAS

CADLES OF GRASSY MEADOWS II, L.L.C.
as successor-in-interest to The Cadle Company
as successor-in-interest to VALUE
RECOVERY GROUP, INC., as successor-in-
interest to JDC Finance Company III, L.P. as
successor-in-interest to Federal Deposit
Insurance Corporation,

    Plaintiff,

vs.

H. LISA STEELE A/K/A LISA STEELE, et al.,

    Defendants.                     /

## NOTICE TO DEFENDANT AND OTHER INTERESTED PERSONS

The Plaintiff, CADLES OF GRASSY MEADOWS II, L.L.C. as successor-in-interest to The Cadle Company as successor-in-interest to VALUE RECOVERY GROUP, INC., as successor-in-interest to JDC Finance Company III, L.P. as successor-in-interest to Federal Deposit Insurance Corporation, by and through its undersigned counsel files this its Certificate of Notice to Defendant, H. LISA STEELE A/K/A LISA STEELE, a/k/a HELEN LISA ROACH, and attaches hereto a copy of the Answer filed by Garnishee, BANKATLANTIC.

In accordance with § 77.055, Florida Statutes the recipient is advised that she must move to dissolve the Writ within twenty (20) days after the date indicated on the Certificate of Service below if any

HALEY, SINAGRA, PAUL & TOLAND, P.A.<br>
One Financial Plaza, 100 Southeast Third Avenue, Suite 1900, Fort Lauderdale, Florida 33394<br>
Telephone: (954) 467-1300  Facsimile (954) 467-1372

CASE NO.: 99-CV-6902-DIMITROULEAS

allegations contained in Plaintiff's Motion for Writ of Garnishment are untrue in accordance with § 77.07(2) Florida Statutes or be defaulted.

HALEY, SINAGRA, PAUL & TOLAND, P.A.
Attorneys for Plaintiff
100 Southeast Third Avenue, Suite 1900
Fort Lauderdale, Florida 33394
(954) 467-1300

By: _____
Lori L. Heyer-Bednar, Esquire
Florida Bar Number: 768170

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice to Defendant and Other Interested Persons was served by U.S. mail on this 6 day of October, 2005 to: H. LISA STEELE a/k/a LISA STEELE a/k/a HELEN LISA ROACH, 10802 Paso Fino Drive, Lake Worth, Florida 33467.

By: _____
Lori L. Heyer-Bednar

P:\LITIGATION 1\Heyer\3237 Cadle\89 Steele\Notice to Defendant.wpd

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA,
FORT LAUDERDALE

CASE NO: 99-CV-6902-
DIMITROULEAS

CADLES OF GRASSY MEADOWS II,
L.L.C. as successor-in-interest to The
Cadle Company as successor-in-interest to
VALUE RECOVERY GROUP, INC., as
successor-in-interest to JDC Finance
company III, L.P. as successor-in-interest
to Federal Deposit Insurance Corporation

Plaintiff,

v.

H. LISA STEELE A/K/A LISA STEELE,
et al

Defendants,

and

BANKATLANTIC, a federal savings bank,

Garnishee.
_____/

**ANSWER OF GARNISHEE AND
REQUEST TO CLERK FOR
STATUTORY DEPOSIT**

Garnishee, BANKATLANTIC, a Federal Savings Bank, by and through its undersigned attorneys, as and for its Answer to the Writ of Garnishment filed herein, says:

At the time of the service of the Writ of Garnishment and at all times subsequent to such service, up to and including the time of the making of this Answer, the Garnishee was indebted to Defendant, H. LISA STEELE A/K/A LISA STEELE, et al, whose last known address is 10802 PASO FINO DR., LAKE WORTH, FL 33467, in a CHECKING account titled "JAMES ROACH AND/OR H. LISA ROACH" in the amount of $957.22, and in a SAVINGS account titled "JAMES ROACH

AND/OR H. LISA ROACH" in the amount of $3,404.29. Pursuant to Chapter 77 of the Florida Statutes the garnishee is holding **$4,361.51.**

At the time of the service of the Writ of Garnishment and at all times subsequent to such service, up to and including the time of the making of this Answer, the Defendant, H. LISA STEELE A/K/A LISA STEELE, et al, was leasing a safe deposit box (Lake Worth branch) from the Garnishee located in the Garnishee's vaults, however, the relationship between the Garnishee and the Defendant is one of Lessor/Lessee and the Garnishee is not aware and is unable to determine what is contained in said safe deposit box.

Except as specifically stated herein, at the time of the service of the Writ of Garnishment, and at the time of the filing of this Answer, and at all times between those two dates, the Garnishee did not have any tangible or intangible personal property of the Defendant in its possession or control.

Garnishee is not aware of any other person, firm or corporation which is indebted to the Defendant, or who was indebted to the Defendant at the time of the service of the Writ of Garnishment, or at any time between that time and the date of the filing of this Answer, nor any person, firm or corporation who had any of the effects of the Defendant in his hands, possession or control at the time of the filing of the Writ of Garnishment, or at any time between that date and the date of the filing of this Answer.

WHEREFORE, said Garnishee requests this Court to allow it the fee permitted by law for its appearance in this cause and for such further sums as the Court may allow for costs and attorneys' fees in and above the preparation of this Answer.

## REQUEST TO CLERK FOR PAYMENT OF STATUTORY DEPOSIT

Garnishee was required to retain the law firm of May, Meacham & Davell, P.A. to represent it in response to this Writ and it has agreed to pay this firm a reasonable fee for its services herein.

Garnishee, BANKATLANTIC, pursuant to Florida Statutes Section 77.28, hereby demands that the Clerk pay to Garnishee the $100.00 which is currently on deposit directly to its attorneys, MAY, MEACHAM & DAVELL, P.A., One Financial Plaza, Suite 2602, Ft. Lauderdale, Florida, 33394, for the partial payment of its attorney's fees.

Pursuant to the Department of the Treasury Internal Revenue Service Prop Reg. §1.6045-5(e), Garnishee requests that Plaintiff's attorney provide their Taxpayer Identification Number (TIN) prior to the release of funds.

WHEREFORE, the Garnishee requests the Clerk of this Court to pay the $100.00 currently on deposit directly to its attorneys, MAY, MEACHAM & DAVELL, P.A., One Financial Plaza, Suite 2602, Fort Lauderdale, Florida 33394.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing answer was mailed on this ___ day of October, 2005, to: Lori L. Heyer-Bednar, Esquire, Haley, Sinagra, Paul & Toland, P.A., One Financial Plaza, Suite 1900, 100 Southeast Third Avenue, Suite 1900, Fort Lauderdale, Florida 33394.

MAY, MEACHAM & DAVELL, P.A.
Attorneys for Garnishee
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394
(954) 763-6006 Broward
(305) 944-8291 Dade

BY: _____
WILLIAM C. DAVELL
FLORIDA BAR NO. 210481