IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE, FLORIDA

Case No. 99-CV-6902 -Dimitrouleas

**CADLES OF GRASSY MEADOWS II, LLC,**
as successor-in-interest to The Cadle Company,
as successor-in-interest to Value Recovery Group, Inc.,
as successor-in-interest to JDC Finance Company III, LLP,
as successor-in-interest to FEDERAL DEPOSIT INSURANCE CORP
        **Plaintiff,**
vs.

**H. LISA STEELE a/k/a LISA STEELE, et al,**   *(Now known as HELENE LISA ROACH)*
        **Defendant**
and

**BANKATLANTIC,**
        **Garnishee**
_____/

## SUGGESTION OF BANKRUPTCY

The Defendant(s), **HELENE LISA ROACH**, formerly known as H. LISA STEELE, by and through her undersigned attorney of record, files this Suggestion of Bankruptcy, pursuant to the law of the UNITED STATES OF AMERICA and states as follows:   That on the ___7th___ day of ___November, 2005___ the Defendant filed a CHAPTER 7 Petition in Bankruptcy, under the Provisions of the Federal Bankruptcy Act; said Proceeding No: __**05-60034-BKC-SHF**__, now presently pending in the United States Bankruptcy Court, in and for the Southern District of Florida. Pursuant to Rule 114 of the Rules of Bankruptcy Procedure, all parties are automatically stayed from continuing of commencing any Court proceeding (11 U.S.C. Sec. 362).

I HEREBY CERTIFY that a copy of the foregoing was mailed on this __14__ day of __November__, 2005 to Plaintiff's Attorney, Lori I. Heyer-Bednar, Esq. of Haley, Sinagra, Paul & Toland, PA, One Financial Plaza, 100 SE 3rd Avenue, Suite 1900, Fort Lauderdale, FL 33394 and to Garnishee's Attorneys May Meacham & Davel, PA, One Financial Plaza, 100 SE 3rd Avenue, Ste 2502, Fort Lauderdale, Fl 33394.

                                                            _____
                                                            Barbara Seeley Curtis, Attorney for Debtor
                                                            4699 N Federal Highway
                                                            Pompano Beach, Fl 33064
                                                            Ph(954)784-8992 fax(954)784-9242
                                                            FL Bar No. 259217

