UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CADLES OF GRASSY MEADOWS II, LLC,
as successor-in-interest to The Cadle Company
as successor-in-interest to Value Recovery Group,
Inc., as successor-in-interest to JDC Finance
Company III, LP, as successor-in-interest
to Federal Deposit Insurance Corporation,

    Plaintiff,

vs.

H. LISA STEELE a/k/a LISA STEELE, et al.,

    Defendant.
_____/

CASE NO. 99-6902-CIV-
DIMITROULEAS/TORRES

CHAPTER 7

## SUGGESTION OF BANKRUPTCY

  COMES NOW the Defendant, HELENE F. LISA ROACH f/k/a H. LISA STEELE a/k/a LISA STEELE, et al., by and through the undersigned attorney, and would show unto this Court as follows:

  1. That all of the Defendant's property is subject to the jurisdiction of the United States Bankruptcy Court for the Southern District of Florida.

  2. That a Petition in Bankruptcy was filed on November 7, 2005 in the matter of HELENE F. LISA ROACH a/k/a LISA ROACH a/k/a HELENE L. ROACH a/k/a LISA STEEL a/k/a LISA STEELE, Case Number 05-60034-BKC-SHF.

  3. That, pursuant to Section 362 of the Bankruptcy Code, an automatic stay is in effect as more fully shown by Exhibit A attached hereto and made a part hereof.

  4. That said proceedings have not been dismissed and that the claim of the Plaintiff in

NON-COMPLIANCE OF S.D. fla. L.R. 5.141, 5.145
5.142

this cause is founded upon a claim which a Discharge in Bankruptcy would release; that the right to discharge has not been determined by the Court, nor lost nor waived.

5.   That this is <u>not</u> a notice of appearance in this case by the undersigned attorney and the undersigned attorney is not authorized to accept service of pleadings, motions, process and the like for the Defendant(s) in this State Court action.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished, by mail, to Lori Heyer-Bednar, Esq. of Haley, Sinagra, Paul & Toland, P.A., 100 SE Third Avenue, Suite 1900, Ft. Lauderdale, FL 33394, William Davell, Esq., One Financial Plaza, Suite 2602, Ft. Lauderdale, FL 33394 and Kate O'Brien, Legal Department, Bank Atlantic, 2100 West Cypress Creek Road, Ft. Lauderdale, FL 33309, this ___ day of March, 2006.

YOUNG, BROOKS & PEFKA, P.A.
Attorneys for Defendant
1860 Forest Hill Blvd., Suite 201
West Palm Beach, Florida  33406
Telephone: (561) 433-4200

BY: _____
STUART A. YOUNG
(Florida Bar No. 232920)

Section 362.  Automatic Stay.

"(a) . . . a petition filed . . . operates as a stay, applicable to all entries, of --

    (1)    The commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against the property of the estate, of a judgment obtained before the commencement of the case under this title;

    (3)    any act to obtain possession of property of the estate.

    (4)    any act to create, perfect, or enforce any lien against property of the estate;

    (5)    any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

    (6)    any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)    the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)    the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

<u>EXHIBIT "A"</u>