UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

CASE NO.: 99-CV-6902-DIMITROULEAS

CADLES OF GRASSY MEADOWS II, L.L.C. as successor-in-interest to The Cadle Company as successor-in-interest to VALUE RECOVERY GROUP, INC., as successor-in-interest to JDC Finance Company III, L.P. as successor-in-interest to Federal Deposit Insurance Corporation,

    Plaintiff,

vs.

H. LISA STEELE A/K/A LISA STEELE, et al.,

    Defendant,

v.

BANK ATLANTIC,

    Garnishee.                                    /

## UNOPPOSED MOTION FOR DISSOLUTION OF WRIT OF GARNISHMENT AFTER JUDGMENT

COMES NOW the Plaintiff, CADLES OF GRASSY MEADOWS II, L.L.C. as successor-in-interest to The Cadle Company as successor-in-interest to VALUE RECOVERY GROUP, INC., as successor-in-interest to JDC Finance Company III, L.P. as successor-in-interest to Federal Deposit Insurance Corporation,., and moves the Court to dissolve the Writ of Garnishment after Judgment in the above styled cause.  As grounds therefor, the Plaintiff states as follows:

**HALEY, SINAGRA, PAUL & TOLAND, P.A.**
One Financial Plaza, 100 Southeast Third Avenue, Suite 1900, Fort Lauderdale, Florida 33394
Telephone: (954) 467-1300  Facsimile (954) 467-1372

CASE NO.:   99-CV-6902-DIMITROULEAS

1. On September 26, 2005, the Plaintiff herein filed a Motion for Writ of Garnishment after Judgment.

2. Upon the Court's order, the Clerk of Court issued a Writ of Garnishment on or about October, 2005, which was served on Garnishee, BankAtlantic, in this matter.

3. On or about October 5, 2005, Garnishee, BankAtlantic, served its Answer in response to the Writ of Garnishment.

4. Thereafter, on November 7, 2006, the Defendant, H. Lisa Steele a/k/a Lisa Steele, n/k/a Helene Lisa Roach, filed a Chapter 7 Petition in Bankruptcy, staying these proceedings.

5. The Defendant, H. Lisa Steele a/k/a Lisa Steele, n/k/a Helene Lisa Roach, has been discharged in the bankruptcy proceedings.

6. The Plaintiff hereby requests a dissolution of the writ of garnishment issued herein and requests the payment of the statutory deposit by the Clerk to the Garnishee, BankAtlantic.

7. Plaintiff's counsel has contacted the Defendant's attorney, who does not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests the entry of an Order by this Court dissolving the Writ of Garnishment herein, directing the Clerk to pay the statutory fee to the Garnishee's attorney and such other relief as this Court deems just and proper.

2

**HALEY, SINAGRA, PAUL & TOLAND, P.A.**
One Financial Plaza, 100 Southeast Third Avenue, Suite 1900, Fort Lauderdale, Florida 33394
Telephone: (954) 467-1300  Facsimile (954) 467-1372

CASE NO.:   99-CV-6902-DIMITROULEAS

Dated this 30th day of October, 2006.
    Fort Lauderdale    Respectfully submitted,


    /s/ Lori L. Heyer-Bednar, Esquire
    Lori L. Heyer-Bednar, Esq. (Florida Bar No. 768170)
    Email: LHeyer@hsptlaw.com
    HALEY, SINAGRA, PAUL & TOLAND, P.A.
    100 S.E. Third Ave., Suite 1900
    Fort Lauderdale, FL 33394
    Telephone: 954/467-1300
    Facsimile:  954/467-1372
    Counsel for Plaintiff, Cadles of Grassy Meadows II, LLC


**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile transmission and regular U.S. Mail this 30th day of October, 2006 on all counsel of record on the attached service list.


    /s/ Lori L. Heyer-Bednar
    Lori L. Heyer-Bednar, Esquire

3

**HALEY, SINAGRA, PAUL & TOLAND, P.A.**
One Financial Plaza, 100 Southeast Third Avenue, Suite 1900, Fort Lauderdale, Florida 33394
Telephone: (954) 467-1300  Facsimile (954) 467-1372

CASE NO.:   99-CV-6902-DIMITROULEAS

**SERVICE LIST**
Case No. 99-CV-6902-DIMITROULEAS

Stuart A. Young, Esq.
Syoungesq@aol.com
Young, Brooks & Pefka, P.A.
1860 Forest Hill Boulevard, Suite 201
West Palm Beach, Florida 33406-6071
Telephone: 561-433-4200
Facsimile: 561-433-2988
Attorneys for Defendant, H. Lisa Steele a/k/a Lisa Steele, n/k/a Helene Lisa Roach

William C. Davell, Esq.
WDAVELL@MAY-MEACHAM-DAVELL.COM
May, Meacham & Davell, P.A.
One Financial Plaza, Suite 2602
Fort Lauderdale, FL 33394
Telephone: 954-763-6006
Facsimile: 954-764-5367
Attorneys for Garnishee, BankAtlantic

**HALEY, SINAGRA, PAUL & TOLAND, P.A.**
One Financial Plaza, 100 Southeast Third Avenue, Suite 1900, Fort Lauderdale, Florida 33394
Telephone: (954) 467-1300  Facsimile (954) 467-1372