UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE

CASE NO.:  99-CV-6902-DIMITROULEAS

CADLES OF GRASSY MEADOWS II, L.L.C. as successor-in-interest to The Cadle Company as successor-in-interest to VALUE RECOVERY GROUP, INC., as successor-in-interest to JDC Finance Company III, L.P. as successor-in-interest to Federal Deposit Insurance Corporation,

    Plaintiff,

vs.

H. LISA STEELE A/K/A LISA STEELE, et al.,

    Defendants.                              /

## ORDER ON JUDGMENT CREDITOR'S UNOPPOSED MOTION FOR DISSOLUTION OF WRIT OF GARNISHMENT

THIS CAUSE having come before the Court upon the Plaintiff/Judgment Creditor Cadles of Grassy Meadows II, L.L.C., Unopposed Motion for Dissolution of Writ of Garnishment [DE 26]. The Court has reviewed Motion and is otherwise fully advised in the premises.   Accordingly it is

ORDERED and ADJUDGED:

1.  The Plaintiff/Judgment Creditor's Unopposed Motion for Dissolution of Writ of Garnishment [DE 26] is Granted.  The Writ of Garnishment issued and served on Garnishee, BankAtlantic, is hereby dissolved.

CASE NO.: 99-CV-6902-DIMITROULEAS

2. The Clerk shall pay to Garnishee's attorney of record the $100.00 statutory fee deposited herein.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of November, 2006.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished To:

Lori L. Heyer-Bednar, Esq.
Stuart A. Young, Esq.
William C. Davell, Esq.